UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| DETERRACE PURVIS | CIVIL ACTION NO. 15-2793; SEC. P |
| VERSUS | JUDGE ELIZABETH E. FOOTE |
| S.L. COLEMAN, ET AL. | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written response filed by Plaintiff, and concurring with the findings of the Magistrate Judge under the applicable law, except as to the recommendation of dismissal with prejudice;

**IT IS ORDERED** that Plaintiff's complaint be and hereby is **DISMISSED** without prejudice pursuant to Federal Rule of Civil Procedure 41(b).

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this the 1st day of June, 2017.

_____
ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE